David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Ladena Maria Stephens

*GRANTED*
*Judge Yvonne Gonzalez Rogers*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LADENA MARIA STEPHENS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No. 4:14-cv-02484-YGR<br><br>STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Motion for Summary Judgment and Memorandum in Support Thereof herein is hereby extended for a period of 30 days.  Plaintiff's Motion is due to be filed October 23, 2014.  Because of workload in other matters, plaintiff's attorney is unable to meet that deadline.  With this stipulation and order plaintiff's time to file is extended to Monday, November 24, 2014.

This is plaintiff's first request for an extension.

Dated:   October 14, 2014              /s/ David J. Linden
                                                       DAVID J. LINDEN
                                                       Attorney at Law
                                                       Attorney for Plaintiff


Dated:   October 14, 2014              /s/  Marla Letellier
                                                [Authorized via electronic mail 10/14/2014]
                                                       MARLA LETELLIER
                                                       Special Assistant United States Attorney
                                                       Of Attorneys for Defendant


PURSUANT TO STIPULATION IT IS SO ORDERED.


Dated: October 21, 2014   _____

_____
UNITED STATES DISTRICT COURT JUDGE

Stephens v. Colvin, Case 4:14-cv-02484-YGR, Stipulation and Order Extending

Plaintiff's Time to File Motion for Summary Judgment- 2