MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADENA MARIA STEPHENS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 4:14-CV-02484-YGR<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST BY DEFENDANT) |

    The parties through their respective counsel, stipulate that the time for the Commissioner to respond to Plaintiff's Motion for Summary Judgment be extended fourteen days from January 21, 2014 to February 4, 2015. This is Defendant's second request for an extension.

    This request is the result of a heavy workload for counsel responsible for briefing this case due to the fact that counsel was unexpectedly out of the office for most of the past two weeks, first to care for a sick child and then due to her own illness.

///

///

///

Stip for EOT, 4:14-CV-02484-YGR         1

This request is not meant to cause intentional delay.

Respectfully submitted,

        MELINDA L. HAAG
        United States Attorney

Dated: January 21, 2015    By: /s/ *Marla K. Letellier*
        MARLA K. LETELLIER
        Special Assistant United States Attorney
        Attorneys for Defendant

        DAVID J. LINDEN, ATTORNEY AT LAW

Dated: January 21, 2015    By: /s/ *David J. Linden*
        DAVID J. LINDEN
        Attorney for Plaintiff
        (as approved by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: January 23, 2015    _____
        HON. YVONNE GONZALEZ ROGERS
        UNITED STATES DISTRICT JUDGE

Stip for EOT, 4:14-CV-02484-YGR    2