**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LADENA MARIA STEPHENS**,<br>    Plaintiff,<br>    v.<br>**CAROLYN W COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,**<br>    Defendant. | **Case No.: 14-CV-2484 YGR**<br><br>**JUDGMENT** |

The issues in this action having been duly considered, and the Court having granted in part plaintiff's motion for summary judgment and denied in part defendant's cross-motion for summary judgment, judgment is hereby entered in favor of plaintiff. Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Court hereby **REVERSES** the decision of Defendant Acting Commissioner of Social Security to deny plaintiff's application for Supplemental Security Income disability benefits.

This case is hereby **REMANDED** to the Social Security Administration for further administrative proceedings in conformity with this Court's Order.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Date: May 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**